Katherine Demarest, ABA #1011074
demarest.katherine@dorsey.com
DORSEY & WHITNEY LLP
1031 W. 4th Avenue. Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| DELOYCHEET, INC.<br><br>                    Plaintiff,<br><br>vs.<br><br>SYLVAIN ANALYTICS, INC.<br><br>and<br><br>RAY SYLVAIN<br><br>                    Defendants. | Case No. 3:16-cv-00176-SLG<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff, Deloycheet, Inc. and Defendants Sylvain Analytics, Inc. and Ray Sylvain (the "Defendants") stipulate and agree as follows:

1.    Plaintiff and the Defendants hereby stipulate and agree that the above-captioned case, and all claims arising out of the transactions and occurrences alleged in this case by and between these parties, shall be dismissed with prejudice – subject to certain provisions and rights retained by the Plaintiff – pursuant to a confidential Settlement Agreement between the parties effective as of November 8, 2016.

STIPULATION FOR DISMISSAL OF CASE
WITH PREJUDICE AND [PROPOSED]
ORDER
Page 1 of 3

*Deloycheet, Inc. v. Sylvain Analytics, Inc. and Ray Sylvain*

Case No. 3:16-cv-00176-SLG

Case 3:16-cv-00176-SLG   Document 25   Filed 12/20/16   Page 1 of 3

2. The parties shall bear their own costs and attorneys' fees.

3. Pursuant to Alaska Civil Rule 41(a)(3), counsel for the parties certify that they shall submit settlement information to the Alaska Judicial Council as required by AS 09.68.130 within 30 days of dismissal.

DATED this 20th day of December, 2016, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /S/ KATHERINE DEMAREST
    Katherine Demarest, ABA #1011074
    demarest.katherine@dorsey.com

RICHMOND & QUINN

By: /s/ DANIEL T. QUINN
    Daniel T. Quinn, ABA #8211141
    dquinn@richmondquinn.com

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of December, 2016, at Anchorage, Alaska.

    SHARON L. GLEASON
    U.S. District Court Judge

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by ECF on this 20th day of December, 2016 on:

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

/s/ Katherine E. Demarest

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE AND [PROPOSED] ORDER
Page 3 of 3

*Deloycheet, Inc. v. Sylvain Analytics, Inc. and Ray Sylvain*

Case No. 3:16-cv-00176-SLG

Case 3:16-cv-00176-SLG   Document 25   Filed 12/20/16   Page 3 of 3

4826-4219-7820\1