IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DELOYCHEET, INC.,

        Plaintiff,

vs.

SYLVAIN ANALYTICS, INC., and RAY SYLVAIN,

        Defendants.

Case No. 3:16-cv-00176-SLG

## ORDER RE STIPULATION

Upon consideration of the parties' Stipulation for Dismissal of Case with Prejudice and (Proposed) Order (Docket 25), the Court hereby APPROVES the stipulation.

IT IS ORDERED that:

1. All claims arising out of the transaction and occurrences alleged in this case are dismissed with prejudice – subject to certain provisions and rights retained by Plaintiff – pursuant to a confidential Settlement Agreement between the parties effective as of November 8, 2016.

2. The parties shall bear their own costs and attorneys' fees.

DATED this 29th day of December, 2016 at Anchorage, Alaska.

                                             */s/ Sharon L. Gleason*
                                             UNITED STATES DISTRICT JUDGE